# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELICA MARIA FRANCES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHURCHILL COUNTY AUTHORITIES,<br><br>　　　　　　　　　Defendant. | Case No. 3:25-cv-00682-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED** *IN FORMA PAUPERIS* |

　　　　On December 1, 2025, Plaintiff Angelica Maria Frances ("Frances") submitted a complaint asserting "violations of the United States Constitution, federal RICO statutes, and federal civil rights laws." (ECF No. 1-3.) Frances has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

　　　　Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

　　　　Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Frances the approved form application to proceed *in forma pauperis* by a non-inmate.

　　　　**IT IS FURTHER ORDERED** that on or before **Wednesday, December 31, 2025**, Frances will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

　　　　The Court will retain Frances's complaint, (ECF No. 1-3), but will not file it unless and until Frances timely complies with this order.

**DATED**: <u>December 1, 2025</u>.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**