Angelica Maria Frances

Primary Trustee, P. Brown Trust

1435 N. Harmon Rd

Fallon, NV 89406

Phone: 775-835-2822

Email: amfrances@wydktv.org

Date: January 2, 2026

**Churchill County Treasurer's Office**

73 N. Maine Street

Fallon, NV 89406

# RE: THIRD AND FINAL NOTICE OF CONTINUOUS FEDERAL JURISDICTION, CEASE-AND-DESIST, LEGAL HOLD, AND NON-INTERFERENCE

## PROPERTY IDENTIFICATION AND LEGAL DESCRIPTION

The property subject to this notice is the premises identified as Assessor's Parcel Number (APN) 007-551-26, consisting of land containing approximately 29.970 acres, as described in a deed recorded in the Churchill County Recorder, Registry of Deeds, at Book 36, Page 79, for the County of Churchill, State of Nevada, File No. 95885, Map No. 173258 (the "Property").

## FEDERAL JURISDICTION AND CONTROLLING AUTHORITY

Federal jurisdiction has been continuously in effect since the initial federal filings on July 21, 2025, pursuant to Article VI, Clause 2 of the United States Constitution (Supremacy Clause), 28 U.S.C. §§ 1331 and 1343, 18 U.S.C. §§ 1961–1964, and 42 U.S.C. §§ 1983, 1985, and 1986.

All Churchill County authorities were formally notified of this federal jurisdiction at the time of filing and repeatedly thereafter. This jurisdiction applies to all matters involving the Property, the P. Brown Trust, and the undersigned Trustee, including but not limited to records, taxation, assessments, planning, enforcement, utilities, access, surveillance, communications, and inter-agency coordination.

Federal jurisdiction further applies to all pending federal court actions and all related federal oversight and investigative matters and remains controlling until all such proceedings are fully resolved. During this period, no local or county authority has jurisdiction to take independent action relating to the Property absent authorization or oversight by the United States District Court.

## MANDATORY CEASE-AND-DESIST AND LEGAL HOLD

You are hereby directed to immediately cease and desist from any action, omission, enforcement, alteration of records, reassessment, reclassification, lien activity, referral, or interference relating to the Property or the P. Brown Trust absent written authorization from the United States District Court.

All records, databases, recordings, communications, logs, metadata, and electronically stored information relating in any way to the Property or the Trust must be preserved in their current state. No deletion, modification, backdating, substitution, or destruction is permitted.

## PRESERVATION OF LAWFUL OWNERSHIP AND USE

Nothing in this notice restricts or impairs the lawful rights of the P. Brown Trust or its Trustee to access, occupy, manage, repair, maintain, secure, or otherwise lawfully use the Property. Absent express written consent of the P. Brown Trust or authorization by the United States District Court, no interference is permitted.

## NO WAIVER OR IMPLIED CONSENT

No action, inaction, communication, or continued presence by the P. Brown Trust or its Trustee shall be construed as consent to, acquiescence in, or ratification of any unlawful act, omission, record alteration, enforcement action, or interference. All such conduct is expressly objected to and preserved for federal review.

## PRO SE AUTHORITY AND NO-DELAY NOTICE

The undersigned is proceeding pro se pursuant to 28 U.S.C. § 1654. Your legal obligations to comply with federal jurisdictional directives, cease-and-desist orders, and evidence-preservation requirements are not conditioned on representation by counsel. Statements indicating that compliance will occur only upon the appearance of an attorney have no legal basis.

## NOTICE TO FEDERAL COURT

Copies of this notice have been submitted for inclusion in the record of the pending federal actions before the United States District Court for the District of Nevada for judicial awareness and oversight.

This notice is served via Registered Mail, Return Receipt Requested, and retained for proof of service. All rights, claims, and remedies are expressly reserved.

Respectfully,

Angelica Maria Frances

Pro Se

Primary Trustee, P. Brown Trust