Outlook

**[agdb.ag.state.nv.us #107112] AutoReply: Complaint : Frances,Angelica | Agency- Churchill County Authorities, Treasurer**

**From** AG Constitution Services Unit via RT <agrequest@ag.nv.gov>
**Date** Thu 4/30/2026 4:50 PM
**To** A M Frances <amfrances@wydktv.org>

Greetings,

The Office of the Nevada Attorney General, Constituent Services Unit acknowledges receipt of your complaint. You will be notified upon completion of the review process between 14 to 45 business days. We do not provide emergency services. If additional information is required, you will be contacted by a member of our staff. Please note that pursuant to NRS 241.039(7), Open Meeting Law complaints are public records.

---------------------------------

This message has been automatically generated in response to the creation of a trouble ticket regarding **Complaint : Frances,Angelica | Agency- Churchill County Authorities, Treasurer**, a summary of which appears below.

There is no need to reply to this message right now. Your ticket has been assigned an ID of **[agdb.ag.state.nv.us #107112]**.

Please include the string **[agdb.ag.state.nv.us #107112]** in the subject line including the brackets of all future correspondence about this issue. To do so, you may reply to this message. Ex: [agdb.ag.state.nv.us #42]

Thank you,
agrequest@ag.nv.gov

--------------------Section 1 Requestor Information-----------------------------
1.Please Enter Your Email Address
amfrances@wydktv.org

2.Verify Your Email Address - Please note a valid email address is needed in order to receive an email notification for receipt of your complaint and to attach supporting documents.
amfrances@wydktv.org

3.To better serve our constituents, please select all that apply to you. (Demographics - Optional Information)
["Person with Disability","Medicaid Recipient","Income Below Poverty Level","Veteran","Over the Age of 60 "]

4. Have you previously filed a complaint regarding your concern with our office?

Yes

5. What was the approximate date(s) of the previously filed complaints?

6. Prefix (select one):
Ms.

7.First Name
Angelica

8. Middle Name
Maria

9. Last Name
Frances

10. Are you submitting this complaint anonymously?
No

11. Is this a whistleblower complaint:
No

12. Your Organization or Company Name if filing on behalf of your Organization or Company:
Churchill County Treasurer's Office

13. Address (or P.O. Box)
1435 N Harmon Rd

14. City
Fallon

15. State
NV - Nevada

16. Indiciate below which country you reside in

17. Zip Code

89406

18. Best Phone Number to Contact You:
775 835 2822

19. Other Phone Number (Home, Mobile, Work, etc...)

20. Preferred Language:
English

21. Indicate below your preferred language.

22. Do you require an interpreter?

23. Are you able to provide one?

-----------------Section 2 Reason for Complaint--------------------------------
24. Type of Complaint (choose one):
OTHER (Indicate Topic):

25. Please describe the type of complaint.
Public Corruption / Fraud / Property Rights Violation / Consumer Fraud (Real Estate & Tax Process)

-----------------Section 3: Contact Information ---------------------------------------- for Individual / Business / Agency of Potential Offender-----------------

26. Who Is Your Complaint Against?
Agency

27. Name of Individual, if known.

28. Name of Business or Agency, If Known.
Churchill County Authorities, Treasurer

29. Contact at Business or Agency, If Known.
County Administration Phone: (775) 423-6584 Address: 155 N Taylor St, Suite 153, Fallon, NV 89406

30.Additional Contact for Individual / Business / Agency, If Applicable.

Treasurer's Office (CRITICAL – Tax Auction) Phone: (775) 423-5128

31. Address of Individual / Business / Agency, If Known.
Address: 155 N Taylor St, Suite 110, Fallon, NV 89406

32. City of Individual / Business / Agency, If Known.
Fallon

33. State of where Individual / Business / Agency is located, If Known.
NV - Nevada

34. Indicate Below the Country or Territory Where Individual / Business / Agency is located, If Known.

35. Zip Code of Individual / Business / Agency, If Known.
89406

36. Phone numbers of individual / business / agency , if known
(775) 423-6584

37. Email Addresses of Individual / Business / Agency, If Known.

38. Website Addresses of Individual / Business / Agency, If Known.

39. Social Media Accounts of Individual / Business / Agency, If Known. (Facebook, Twitter, WhatsApp, Instagram, etc.)

40. Date alleged violation occurred (on or about)
2025-06-04

41. Was a Contract Signed? If you select yes, please include a copy of the contract.

No

42. Provide the Date the Contract Was Signed:

43. Have You Contacted Another Agency for Assistance?
Yes

44. What Was the Name of the Agency or Agencies You Contacted?

Churchill County Treasurer's Office; Churchill County Assessor's Office; Churchill County Recorder's Office; Churchill County Planning Department; Churchill County District Attorney's Office; Churchill County Sheriff's Office; Nevada Attorney General's Office (prior submission December 11, 2025); United States District Court (District of Nevada – active federal litigation, Case No. 3:25-cv-00682-CLB); and prior submissions to federal authorities including the U.S. Department of Justice (DOJ), Federal Bureau of Investigation (FBI), and Department of Defense (DoD).

45. Have You Consulted With or Hired an Attorney?
No

46. Provide Attorney's Name and Contact Information:

47. Is a Court Action Pending?
Yes

48. Did You Make Any Payments to the Individual or Business?
No

49. Even If You Did Not Make Payments, How Much Were You Asked to Pay?

I was asked to pay approximately $4,000 in alleged delinquent property taxes. I dispute this amount. I possess documentation confirming that the taxes were previously paid and accepted, yet those payments are not reflected in current official records. I have requested correction of these records, and those requests have been refused or not addressed. This is the second false property seizure attempt involving this property, based on inaccurate or incomplete records. Additionally, the property is currently listed under a prior owner, Ingrid Swift, rather than the lawful owner. This misidentification prevents proper notice and interferes with my ability to redeem the property.

50. If You Paid an Amount, How Much Did You Actually Pay?

51. Date of Payment:

52. What Was Your Method of Payment?

53. Please Describe the Type of Payment.

---------------Section 4 : Describe Alleged Incident -----------------------------

54.Describe the Activities, Events, Concerns, or Issues That Led You to File a Complaint:
This matter is currently the subject of active federal court proceedings (Case No. 3:25-cv-00682-CLB). Churchill County agencies have been formally served with cease-and-desist and jurisdictional hold

notices, yet they continue to proceed with actions affecting the property. I am filing this complaint due to a scheduled tax auction of my property at 1435 N Harmon Rd, Fallon, NV on May 14, 2026, under conditions that raise serious concerns. I possess documentation confirming that property taxes were previously paid and accepted; however, those payments are not reflected in current official records. The absence of those payments is now being used to justify an alleged delinquency and forced sale. I have requested correction of these discrepancies, but those requests have been refused or not addressed. Additionally, the property is currently listed under a prior owner, Ingrid Swift, rather than the lawful owner. As a result, I did not receive statutory notice of any alleged delinquency or pending sale, and this has interfered with my ability to exercise redemption rights. This is the second false property seizure attempt involving this property based on inaccurate or incomplete records. A similar issue occurred previously and was identified in or about 2021. Despite prior notice to county agencies and submission of documentation to the Nevada Attorney General's Office on December 11, 2025, the county is proceeding with the scheduled auction. I am filing this complaint due to concerns regarding the accuracy of public records, lack of proper notice, disregard of prior notice and pending federal proceedings, and the risk of an unlawful property seizure.

---------------Section 5: Evidence ---------------------------------------------

55.Enter document names below.
I can provide supporting documentation including proof of tax payments, current records showing alleged delinquency, auction listing, ownership documents, prior notices to county agencies, prior submission to the Nevada Attorney General's Office (December 11, 2025), and documentation of a similar prior incident. These materials demonstrate discrepancies in payment records and ownership listings related to the scheduled tax auction Proof of Property Tax Payments Current Tax Records Showing Alleged Delinquency Tax Auction Listing (May 14, 2026) Ownership Documents (Deed / Trust) Records Showing Incorrect Owner Listing Cease and Desist Notices Prior AG Submission (Dec 11, 2025).

---------------Section 6: Witnesses ---------------------------------------------

56.Witnesses / Victims
Angelica M. Frances – Property owner and Primary Trustee of the P. Brown Trust P. Brown Trust – Legal owner of the property Beneficiaries of the P. Brown Trust – Individuals with a legal and financial interest in the property Four (4) veteran couples, including myself and my spouse, who were originally intended to live and work on the property and have been directly affected by the disruption, uncertainty, and potential loss of the property WYDK TV Inc.; WYDK Global Network; A Living Rainbow Studios; and Think Again Inc. – Business entities affected by interference with the property and related operations

---------------Section 7: Additional Comments ---------------------------------

57.What are you hoping the Attorney General's office can do for you?
I am requesting immediate review and intervention to prevent an unlawful tax auction of my property scheduled for May 14, 2026. I am asking the Attorney General's Office to investigate the accuracy and integrity of the property ownership and tax records involved, including the omission of verified tax payments and the listing of an incorrect property owner. I am also requesting accountability for any abuse of authority or misconduct that may have resulted in this situation, and appropriate action to ensure that no unlawful seizure of my property occurs.

---------------Section 8: Signature and Acknowledgment ----------------------

58.I understand that the Attorney General (etc)
Yes

59.I certify under penalty of perjury (etc)
Yes

60.Digital Signature - Typing full name is legally binding.

Angelica M Frances