DOC # 465172
01/29/2018 02:20 PM
Official Record
Recording requested By
ANGELIC M FRANCES
Churchill County - NV
Tasha Hessey - Recorder
Page 1 of 2 Fee $41.00
Recorded By: AL RPTT: $92.25
465172

APN: 7-551-26
Recording requested by and mail documents and tax statements to:

Name: Angelic M Frances
Address: 750 Emerald Bay Rd #102
City/State/Zip: South Lake Tahoe CA 96150

DED106mk
Nevada Legal Forms & Tax Services, Inc.
www.nevadalegalforms.com

RPTT: ____ **GRANT, BARGAIN, and SALE DEED**

THIS INDENTURE WITNESS that: Ingrid V Swift

(hereinafter called GRANTOR(S)) in consideration of Ingrid V. Swift, Dollars $ 22,234, the receipt of which is hereby acknowledged, do hereby GRANT, BARGAIN, SALE and CONVEY to: P. Brown Trust

(hereinafter called GRANTEE(S)) all that real property situated in the City of Fallon, County of Chruchill, State of NV, bounded and described as follows:

*(Set forth legal description and commonly known address).*

**COMMONLY KNOWN ADDRESS:**

**LEGAL DESCRIPTION:**

Parcel 2 of the Parcel Map for Leslie R. Hübel, Trustee of the R. Clyde Hübel Family Trust recorded May 22, 1980, under Document No. 173258, Official Records, Churchill County, Nevada.

Subject to the reservation of an undivided one-half interest in and to all the oil, gas and other minerals on, in or under the above-described property, as appears in deed recorded in Book 36 of Deeds, at Page 79, in the office of the County Recorder in and for the County of Churchill, State of Nevada, under File No. 95885.

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I/We have hereunto set my hand/our hands on 29th day of January, 2018.

Ingrid Swift
Signature of Grantor

Ingrid V. Swift
Print or Type Name Here

Signature of Grantor

Print or Type Name Here

STATE OF Nevada )

COUNTY OF Churchill )

On this 29 day of January, 2018, personally appeared before me, a Notary Public, Ingrid Victoria Swift,
□ personally known to me OR ☒ proved to me on the basis of satisfactory evidence to be the person(s) described in and who executed the foregoing instrument in the capacity set forth therein, who acknowledged to me that they executed the same freely and voluntarily and for the uses and purposes therein mentioned. Witness my hand and official seal.

AMY LAWRY
Notary Public - State of Nevada
Appointment Recorded in Churchill County
No: 97-3219-4 - Expires June 1, 2018

Amy Lawry
Notary Public

DOC # DV-465172
01/29/2018 02:20 PM
Official Record
Recording requested By
ANGELIC M FRANCES
Churchill County - NV
Tasha Hessey - RECORDER
Page 1 of 1 Fee: $41.00
Recorded By: AL RPTT: $92.25

## STATE OF NEVADA
## DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a) 7-551-26
   b)
   c)
   d)
2. Type of Property:
   a) [V] Vacant Land b) [ ] Single Fam. Res.
   c) [ ] Condo/Twnhse d) [ ] 2-4 Plex
   e) [ ] Apt. Bldg f) [ ] Comm'l/Ind'l
   g) [ ] Agricultural h) [ ] Mobile Home
   [ ] Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Document/Instrument #: |
| Book ____ Page: |
| Date of Recording: |
| Notes: al, FMV |

3. Total Value/Sales Price of Property $ 22,234
   Deed in Lieu of Foreclosure Only (value of property) ( )
   Transfer Tax Value: $
   Real Property Transfer Tax Due $ 92.25

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section ____
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage being transferred: ____ %

*The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS.375.060* and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature [signature] Ingrid Swift
Signature [signature] Capacity Trustee

| SELLER (GRANTOR) INFORMATION (REQUIRED) | | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|---|
| Name: | Ingrid V. Swift | P. Brown Trust |
| Address: | 7865 Springfield Rd. | 750 Emerald Bay Rd #102 |
| City: | Silver Springs | South Lake Tahoe, CA 96150 |
| State: | NV Zip 89429 | |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: Escrow #
Address:
City: State: Zip:

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)